Date: 11/17/09    Page:

DIVIDENDS REMITTED TO THE COURT

Case Number 08-30488 - MLENAR, JERREMY ALLEN

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| AUSTIN MEDICAL CENTER<br>1000 FIRST DR NW<br>AUSTIN MN 55912<br>  5215 | 000003 | 60.00 | 1.10 |
| Remittance Total | | 60.00 | 1.10 |

CHARLES W. RIES, Trustee

RECEIVED 09 NOV 19 PM 12:07 U.S. BANKRUPTCY COURT ST. PAUL MN